```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 05 B 36784
    ARTHUR H STANCZYK
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

       Debtor
   SSN XXX-XX-7386

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 09/12/2005 and was confirmed 12/01/2005.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors an estimated  22.47% from remaining funds.

       The case was paid in full 10/07/2008.
--------------------------------------------------------------------------------
                                                           INTEREST      PRINCIPAL
   CREDITOR NAME              CLASS          CLAIM AMOUNT    PAID          PAID
--------------------------------------------------------------------------------
   AMERICAN HONDA FINANCE C  SECURED NOT I        .00          .00           .00
   CITIZENS BANK             CURRENT MORTG        .00          .00           .00
   CHASE MANHATTAN MORTGAGE  CURRENT MORTG        .00          .00           .00
   RESURGENT CAPITAL SERVIC  UNSECURED        2001.35          .00        449.70
   BANK OF AMERICA           UNSECURED OTH    3999.17          .00        898.60
   ECAST SETTLEMENT CORP     UNSECURED OTH   10548.63          .00       2370.24
   DISCOVER FINANCIAL SERVI  UNSECURED OTH    7611.14          .00       1710.21
   ECAST SETTLEMENT CORP     UNSECURED OTH   20590.93          .00       4626.73
   ECAST SETTLEMENT CORP     UNSECURED OTH   16283.60          .00       3658.89
   ECAST SETTLEMENT CORP     UNSECURED OTH    3632.08          .00        816.12
   RESURGENT CAPITAL SERVIC  UNSECURED OTH    4159.53          .00        934.64
   ROBERT R BENJAMIN         DEBTOR ATTY          .00                        .00
   TOM VAUGHN                TRUSTEE                                    1,022.87
   DEBTOR REFUND             REFUND                                         .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE              16,488.00

   PRIORITY                                         .00
   SECURED                                          .00
   UNSECURED                                  15,465.13
   ADMINISTRATIVE                                   .00
   TRUSTEE COMPENSATION                        1,022.87
   DEBTOR REFUND                                    .00
                        --------------        --------------
   TOTALS               16,488.00             16,488.00



                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 36784 ARTHUR H STANCZYK
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE